**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  CHRISTOPHER MARTINEZ        : | |
| : | Chapter 7 |
| Debtor                                                 : | Case No. 25-13992-djb |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated: _11/17/2025_

BY:   _/s/ Lynn E. Feldman_
LYNN E. FELDMAN, ESQUIRE
Chapter 7 Trustee
I.D.# 35996
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Boulevard
Allentown, PA 18104
Telephone: (610) 530-9285
Facsimile: (610) 437-7011
trustee.feldman@rcn.com