

| **Camden County** <br> **Document Summary Sheet** | | CAMDEN COUNTY, NJ <br> CAMDEN COUNT* <br> DEED-OR BOOK <br> RECORDED 03/3 <br> FILE NUMBER 20 <br> RCPT # 2276036 <br> RECORDING FEE <br> TOTAL TAX 643.55 | **EXHIBIT A** |
|---|---|---|---|
| CAMDEN COUNTY CLERK <br><br> 520 MARKET ST <br> CAMDEN NJ 08102 | | | |
| | | *Official Use Only* | |
| **Transaction Identification Number** | | 4281975        3977732 | |
| **Submission Date** *(mm/dd/yyyy)* | 03/26/2020 | **Return Address**   *(for recorded documents)* | |
| **No. of Pages** *(excluding Summary Sheet)* | 4 | CORE TITLE | |
| **Recording Fee** *(excluding transfer tax)* | $73.00 | 1300 ROUTE 73  SUITE 112 | |
| **Realty Transfer Tax** | $643.55 | MT LAUREL, NJ 08054 | |
| **Total Amount** | $716.55 | | |
| **Document Type** | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | | |
| **Municipal Codes** <br> CAMDEN COUNTY | 99 | | |
| **Batch Type**    L2 - LEVEL 2 (WITH IMAGES) | | | |
| 483448 | | | |
| **Additional Information (Official Use Only)** | | | |

*This is not an official document*

*** DO NOT REMOVE THIS PAGE.**
**COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.**
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Camden County
## Document Summary Sheet

| | | |
|---|---|---|
| **Type** | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | |
| **Consideration** | $156,500.00 | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | |
| **Document Date** | 03/23/2020 | |
| **Reference Info** | | |

**DEED/NO EXEMPTION FROM REALTY TRANSFER FEE**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

| GRANTOR | Name | Address |
|---|---|---|
| | VINCENT M GALEZNIAK | 24 S ROWAND AVENUE, RUNNEMEDE, NJ 08078 |
| | JAMIE M GALEZNIAK | 24 S ROWAND AVENUE, RUNNEMEDE, NJ 08078 |
| | JAMIE M RICKER | 24 S ROWAND AVENUE, RUNNEMEDE, NJ 08078 |

| GRANTEE | Name | Address |
|---|---|---|
| | CHRISTOPHER MARTINEZ | 24 S ROWAND AVENUE, RUNNEMEDE, NJ 08078 |
| | VANESSA L MARTINEZ | 24 S ROWAND AVENUE, RUNNEMEDE, NJ 08078 |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | 99 | 95 | 5 | | 99 |

*This is not an official document*

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# DEED

This Deed is made on March 23, 2020

BETWEEN

VINCENT M. GALEZNIAK and JAMIE M. GALEZNIAK,
formerly known as JAMIE M. RICKER, H/W
whose post office address is 24 S Rowand Ave, Runnemede, NJ 08078

referred to as the Grantor,

AND

CHRISTOPHER MARTINEZ and VANESSA L. MARTINEZ
whose post office address is 24 South Rowand Avenue, Runnemede, NJ 08078

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the "Property" described below to the Grantee. This transfer is made for the sum of One Hundred Fifty-Six Thousand Five Hundred ($156,500.00) Dollars.
The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of Runnemede
Block No. 95     Lot No. 5

_____ No property tax identification number is available on the date of this Deed.
(check if applicable)

**3. Property.** The Property consists of the land and all of the buildings and structures on the land in the Borough of Runnemede, County of Camden and State of New Jersey. The legal description is:

__x__ Please see attached Legal Description annexed hereto and made a part hereof.
(check if applicable)

BEING the same lands and premises, which became vested in Vincent M. Galezniak, unmarried man and Jamie M. Ricker, unmarried woman, as joint tenants with the right of survivorship by deed from Jovar Properties, LLC dated 08/16/2017 and recorded with Camden County Recording Office on 10/03/2017 as Instrument #2017071455 in Book 10724, page 304.

Said Jamie M. Ricker thereafter married Vincent M. Galezniak and is now known as Jamie M. Galezniak

SUBJECT to all easements and restrictions of record if any.

Prepared By:
ROBERT J. BORBE, ESQUIRE



# Exhibit A

ALTA COMMITMENT

Property Description

CT-20-20544

All that certain land in the Borough of Runnemede, County of Camden and State of New Jersey described as follows:

Beginning at a point in the northeasterly line of South Rowand Avenue (50 feet wide), said point being southeastwardly, a distance of 150.00 feet from the intersection of said line of South Rowand Avenue with the southeasterly line of Clements Bridge Road (49.5 feet wide); thence

1) South 36 degrees 22 minutes 30 seconds East along the northeasterly line of South Rowand Avenue, a distance of 90.00 feet to a point; thence
2) North 53 degrees 37 minutes 30 seconds East a distance of 200.00 feet to an iron pin found for a point; thence
3) North 36 degrees 22 minutes 30 degrees West a distance of 90.00 feet to a point; thence
4) South 53 degrees 37 minutes 30 seconds West a distance of 200.00 feet to the point and place of beginning.

FOR INFORMATION ONLY:

Being Lot 5, Block 95 on the Tax Map of the Borough of Runnemede

Being Known as: 24 S. Rowand Avenue, Runnemede, (Runnemede Borough), New Jersey.

*This page is only a part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I – Requirements; and Schedule B, Part II – Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**ORT Form 4690 8-1-16**
Exhibit A
ALTA Commitment for Title Insurance
Old Republic National Title Insurance Company
Page 10 of 10

The street address of the Property is: 24 South Rowand Avenue, Runnemede, NJ

**4. Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "Covenant as to the grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures.** The Grantor signs this deed as of the date at the top of the first page (Print name below each signature.)

Witnessed By:

_____    _____(Seal)
                                   VINCENT M. GALEZNIAK

_____    _____(Seal)
                                   JAMIE M. GALEZNIAK,
                                   formerly known as JAMIE M. RICKER


STATE OF NEW JERSEY
COUNTY OF Camden          SS.

I CERTIFY that on
VINCENT M. GALEZNIAK and JAMIE M. GALEZNIAK,
formerly known as JAMIE M. RICKER, H/W
personally, came before me and stated to my satisfaction that this person (or if more than one, each person):

(a) was the maker of this Deed

(b) executed this Deed as his or her own act; and,

(c) made this Deed for $156,500.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

_____

PATRICIA A ROHE
ID # 2433588
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires May 7, 2023

| GIT/REP-3 (8-19) (Print or Type) | **State of New Jersey** <br> **Seller's Residency Certification/Exemption** |
|---|---|

### Seller's Information

**Name(s)**
VINCENT M. GALEZNIAK and JAMIE M. GALEZNIAK, formerly known as JAMIE M. RICKER, H/W

**Current Street Address**
24 S. Rowand Ave

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Runnemede | NJ | 08078 |

### Property Information

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 95 | 5 | |

**Street Address**
24 South Rowand Avenue

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Runnemede | NJ | 08078 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100% | $156,500.00 | $156,500.00 | 3-25-20 |

### Seller's Assurances (Check the Appropriate Box) (Boxes 2 through 16 apply to Residents and Nonresidents)

1. ☐ Seller is a resident taxpayer (Individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident Gross Income Tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. ☒ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate, or trust and is not required to make an estimated Gross Income Tax payment.
6. ☐ The total consideration for the property is $1,000 or less so the seller is not required to make an estimated Income Tax payment.
7. ☐ The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey Income Tax return for the year of the sale and report the recognized gain.
   ☐ Seller did not receive non-like kind property.
8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. ☐ The deed is dated prior to August 1, 2004, and was not previously recorded.
11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. ☐ The property transferred is a cemetery plot.
14. ☐ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.
15. ☐ The seller is a retirement trust that received an acknowledgment letter from the Internal Revenue Service that the seller is a retirement trust, and is therefore not required to make the estimated Gross Income Tax payment.
16. ☐ The seller (and/or spouse/civil union partner) originally purchased the property while a resident of New Jersey as a member of the U.S. Armed Forces and is now selling the property as a result of being deployed on active duty outside of New Jersey. (Only check this box if applicable and neither boxes 1 nor 2 apply.)

### Seller's Declaration

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

| Date | Signature (Seller) | Indicate if Power of Attorney or Attorney in Fact |
|---|---|---|
| 3-23-2020 | /s/ Vincent Galezniak | |
| 3-23-2020 | /s/ Jamie Galezniak | |