DELIVERED ELECTRONICALLY

**naf newamerican FUNDING**

For Return Service Only
P.O. Box 170581
Austin, TX 78717

000137767836
VANESSA L MARTINEZ
24 S ROWAND AVE
RUNNEMEDE  NJ 08078

Property Address:
24 S ROWAND AVE
RUNNEMEDE, NJ 08078

Statement Date:  September 10, 2025

**MORTGAGE STATEMENT** 

Online Information
Monday through Friday from ...
Saturday from ...
Telephone: 800-...
Fax: 800-880-0639

Correspondence
P.O. Box 170581
Austin, TX 78717

New American Funding is now mobile. Look for My Mortgage App on Google Play or in the Apple App Store.

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 10/01/2025 |
| **Total Amount Due:** | **$1,376.58** |

If payment is received after 10:00 PM CT on 10/16/2025, a late fee of $26.33 will be charged.

### Account Information

| | |
|---|---:|
| Loan Due Date | 10/01/2025 |
| Outstanding Principal | $135,410.29 |
| Escrow Balance | $1,791.51 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---:|
| Principal | $305.63 |
| Interest | $352.63 |
| Escrow (Taxes and Insurance) | $718.32 |
| Regular Monthly Payment | $1,376.58 |
| Total Fees and Charges | $0.00 |
| Past Due Payment(s) | $0.00 |
| **Total Amount Due** | **$1,376.58** |

### Transaction Activity (08/08/25 - 09/10/25)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| 08/11/25 | CITY TAX PAID | $0.00 | $0.00 | -$1,645.73 | $0.00 | $0.00 | $0.00 | -$1,645.73 |
| 09/04/25 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$94.16 | $0.00 | $0.00 | $0.00 | -$94.16 |
| 09/10/25 | PAYMENT RECEIVED | $304.84 | $353.42 | $718.32 | $0.00 | $0.00 | $0.00 | $1,376.58 |

### Special Messages

You can pay by mail or phone at no cost by using our automated phone service at 800-893-5304 or visit our website at newamericanfunding.com/myloan.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $304.84 | $2,715.20 |
| Interest | $353.42 | $3,209.14 |
| Escrow (Taxes and Insurance) | $718.32 | $10,315.10 |
| Buydown Subsidy | $0.00 | $0.00 |
| PSA Subsidy | $0.00 | $0.00 |
| Additional Monthly Amounts | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $26.33 |
| Partial Payment (Unapplied)* | $0.00 | |
| **Total Payment** | **$1,376.58** | **$16,265.77** |

* See reverse for information about partial payments

**If you are experiencing financial difficulty:** Additional information about mortgage counseling or assistance can be found on the back of this statement.

### We're Here To Support You



Transform your pride and joy with a home improvement project – there's still time this year! Speak with a loan officer to learn more at 888-788-6780.

Please detach bottom portion an return with your payment.

### Total Amount Due

| | |
|---|---:|
| Loan Number | |
| Borrower | VANESSA L MARTINEZ |
| Co-Borrower | |
| **Regular Monthly Payment** | **$1,376.58** |
| **Total Amount Due** | **$1,376.58** |

Due By 10/01/2025
If payment is received after 10:00 PM CT on 10/16/2025, a late fee of $26.33 late fee will be charged.

☐ Check this box if information form completed on the reverse.

**naf newamerican FUNDING**
P.O. Box 650076
Dallas, TX 75265-0076

Please write your loan number on your check or money order.
Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.
If your address, telephone number or e-mail address has changed, please visit our website listed above or contact us at 800-893-5304.

### PAYMENT COUPON

| | |
|---|---:|
| Total Amount Due | $1,376.58 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Enclosed | $ |

EXHIBIT C