# Comparative Market Analysis

**EXHIBIT D**



Researched and prepared by

Jechelle Cosme

Prepared exclusively for

Vanessa Martinez

Subject Property

24 S Rowand Ave

Runnemede, NJ 08078



**Jechelle Cosme**

HomeSmart First Advantage Realty
498 Kings Hwy N
Cherry Hill, NJ 08034
jcdarce.realtor@gmail.com

Copyright: BRIGHT MLS© 2025 All rights reserved.
In the State of New Jersey, a Comparative Market Study or Analysis (CMA) performed by a real estate licensee is not an appraisal and should not be considered the equivalent of an appraisal.

Jechelle Cosme
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

Tuesday, September 30, 2025

## Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

### Active Properties

| Address | List Price | Closed Price | Concss | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | List Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 S Rowand Ave | | | | 0 | 0 | 0 | 954 | | | |
| 207 Cumberland St | $169,900 | | | 2 | 1 | | 962 | | $176.61 | 09/24/2025 |
| 911 George St | $199,990 | | | 2 | 1 | | 924 | | $216.44 | 09/19/2025 |
| 1605 Louis St | $95,000 | | | 2 | 1 | | 824 | | $115.29 | 08/23/2025 |
| 1535 Norris St | $100,000 | | | 2 | 1 | | 896 | | $111.61 | 08/10/2025 |
| 5224 Marlton #33 | $104,000 | | | 2 | 2 | | 0 | | | 07/24/2025 |
| 5224 Marlton Pike #63 | $95,000 | | | 2 | 1 | | 616 | | $154.22 | 07/04/2025 |
| 213 N Willow St | $219,000 | | | 2 | 1 | | 1,056 | | $207.39 | 06/19/2025 |
| **Averages:** | **$140,413** | | | **2** | **1** | | **880** | | **$163.59** | |

### Closed Properties

| Address | List Price | Closed Price | Concss | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 S Rowand Ave | | | | 0 | 0 | 0 | 954 | | | |
| 1861 S 4th St | $155,000 | $155,000 | | 2 | 1 | | 942 | | $164.54 | 09/19/2025 |
| 134 First Ave | $144,000 | $144,101 | | 2 | 1 | | 737 | | $195.52 | 08/18/2025 |
| 425 Sonora Ln | $239,900 | $241,000 | | 2 | 1 | 1 | 1,292 | | $186.53 | 08/18/2025 |
| 116 Fowler Ave | $549,000 | $515,000 | | 2 | 2 | | 1,132 | | $454.95 | 07/09/2025 |
| 67 Franklin Cir | $329,000 | $329,000 | | 2 | 2 | 1 | 1,802 | | $182.57 | 07/01/2025 |
| 916 Van Gogh Ct | $259,000 | $250,000 | | 2 | 2 | | 1,298 | | $192.60 | 04/25/2025 |
| 2916 Yorkship Rd | $155,000 | $153,000 | | 2 | 1 | | 808 | | $189.36 | 06/06/2025 |
| **Averages:** | **$261,557** | **$255,300** | | **2** | **1** | **1** | **1,144** | | **$223.72** | |

| | |
|---|---|
| Median of Comparable Listings: | **$162,450** |
| Average of Comparable Listings: | **$197,857** |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $95,000 | $162,450 | $197,857 | $515,000 | 14 |
| **Adjusted Comparable Price** | $95,000 | $162,450 | $197,857 | $515,000 | 14 |
| **DOM** | 6 | 35 | 42 | 104 | 14 |

## Subject Property

24 S Rowand Ave
Runnemede, NJ 08078



### Location
| | |
|---|---|
| County: | **Camden, NJ** |
| MLS Area: | **Runnemede Boro** |
| School District: | **Black Horse Pike Reg** |

### Lot
| | |
|---|---|
| Acres: | **0.41** |
| Lot SqFt: | **17999** |

### Building

| | | | | | |
|---|---|---|---|---|---|
| Property Type: | **RES** | Garage Spaces: | **2** | Year Built: | **1920** |
| Bedrooms: | **0** | Fireplaces: | **0** | Above Grade Fin SQFT: | **954** |
| Full/Half Baths: | **0 / 0** | Basement Type: | **Full** | | |

### Listing and Selling Information / Days on Market / Taxes

| | | | | | |
|---|---|---|---|---|---|
| MLS #: | **30-00095-00005** | Land Use Code: | **0** | Tax Annual Amount: | **$5,866** |
| Tax ID #: | **30-00095-00005** | | | Tax Assessed Value: | **$130,200** |

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by Jechelle Cosme
HomeSmart First Advantage Realty

Tuesday, September 30, 2025

# Comparables Overview
This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Listing Price between $95,000 and $549,000

2 Bedrooms

1 to 2 Full Bathrooms

0 to 1,802 Square Feet

$0.00 to $484.98 per Square Foot

$0.00 to $454.95 per Sold Square Foot



## List Price and Closed Price

This graph illustrates the list price, along with closed price in Closed listings.

Tuesday, September 30, 2025

©2025 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Jechelle Cosme**
HomeSmart First Advantage Realty

Jechelle Cosme
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

Tuesday, September 30, 2025

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Active

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | List Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| NJCD2102808 | 207 Cumberland St | 2 | 1 | 962 | 0.02 | 6 | $169,900 | | | 09/24/2025 |
| NJCD2102494 | 911 George St | 2 | 1 | 924 | 0.02 | 12 | $199,990 | | | 09/19/2025 |
| NJCD2100574 | 1605 Louis St | 2 | 1 | 824 | 0.01 | 36 | $95,000 | | | 08/23/2025 |
| NJCD2099716 | 1535 Norris St | 2 | 1 | 896 | 0.02 | 34 | $100,000 | | | 08/10/2025 |
| NJCD2098398 | 5224 Marlton #33 | 2 | 2 | 0 | 0.02 | 69 | $104,000 | | | 07/24/2025 |
| NJCD2096888 | 5224 Marlton Pike #63 | 2 | 1 | 616 | 0.01 | 86 | $95,000 | | | 07/04/2025 |
| NJCD2096004 | 213 N Willow St | 2 | 1 | 1,056 | 0.01 | 104 | $219,000 | | | 06/19/2025 |
| **Averages:** | | **2** | **1/1** | **754** | **0.02** | **50** | **$140,413** | | | |

### Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed | Conc | Closed Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| NJCD2099636 | 1861 S 4th St | 2 | 1 | 942 | 0.02 | 10 | $155,000 | $155,000 | | 09/19/2025 |
| NJGL2058766 | 134 First Ave | 2 | 1 | 737 | 0.03 | 41 | $144,000 | $144,101 | | 08/18/2025 |
| NJCD2093668 | 425 Sonora Ln | 2 | 1 / 1 | 1,292 | 0.02 | 18 | $239,900 | $241,000 | | 08/18/2025 |
| NJCD2091192 | 116 Fowler Ave | 2 | 2 | 1,132 | 0.02 | 17 | $549,000 | $515,000 | | 07/09/2025 |
| NJCD2089368 | 67 Franklin Cir | 2 | 2 / 1 | 1,802 | 0.03 | 18 | $329,000 | $329,000 | | 07/01/2025 |
| NJGL2051840 | 916 Van Gogh Ct | 2 | 2 | 1,298 | 0.02 | 59 | $259,000 | $250,000 | | 04/25/2025 |
| NJCD2082974 | 2916 Yorkship Rd | 2 | 1 | 808 | 0.02 | 78 | $155,000 | $153,000 | | 06/06/2025 |
| **Averages:** | **$255,300** | **2** | **1/1** | **1,144** | **0.02** | **34** | **$261,557** | **$255,300** | | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|---|---|---|---|---|---|---|---|
| Active | 7 | $140,413 | $163.59 | $104,000 | $95,000 | $219,000 | 50 |
| Closed | 7 | $255,300 | $223.72 | $241,000 | $144,101 | $515,000 | 34 |
| **Total** | **14** | **$197,857** | **$195.97** | **$162,450** | **$95,000** | **$515,000** | **42** |



Jechelle Cosme
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

30-Sep-2025  6:29:16PM

**Residential Stats - Analysis Detail Report**

Page 1 of 2

**Active**             **7 LISTINGS**

|  | List Price | / Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| 207 Cumberland St | $169,900 | $169,900 | 100.00 | 6 | 6 | 125 |
| 911 George St | $199,990 | $199,990 | 100.00 | 12 | 12 | 135 |
| 1605 Louis St | $95,000 | $95,000 | 100.00 | 36 | 36 | 117 |
| 1535 Norris St | $100,000 | $115,000 | 86.96 | 34 | 34 | 75 |
| 5224 Marlton #33 | $104,000 | $115,000 | 90.43 | 69 | 69 | 46 |
| 5224 Marlton Pike #63 | $95,000 | $95,000 | 100.00 | 86 | 86 | 41 |
| 213 N Willow St | $219,000 | $255,000 | 85.88 | 104 | 104 | 185 |
| Low | $95,000 | $95,000 | 85.88 | 6 | 6 | 41 |
| High | $219,000 | $255,000 | 100.00 | 104 | 104 | 185 |
| Median | $104,000 | $115,000 | 100.00 | 36 | 36 | 117 |
| Average | $140,413 | $149,270 | 94.75 | 50 | 50 | 103 |

Copyright (c) 2025 BRIGHT
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size, schools, and other information is not guaranteed.

Jechelle Cosme
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

30-Sep-2025  6:29:16PM
Page 2 of 2

# Residential Stats - Analysis Detail Report

**Closed** — 7 LISTINGS

|  | Price when initially entered | | | | Price at time of sale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Closed Price - Concession | = Net Price | / Orig. Price = | % Of | Closed Price - Concession | = Net Price / | List Price = | % Of | DOM | CDOM | Age |
| 1861 S 4th St | $155,000 | $155,000 | $155,000.00 | 100.00 | $155,000 | $155,000 | $155,000 | 100.00 | 10 | 10 | 115 |
| 134 First Ave | $144,101 | $144,101 | $500.00 28,820.20 | | $144,101 | $144,101 | $144,000 | 100.07 | 41 | 41 | 125 |
| 425 Sonora Ln | $241,000 | $241,000 | $239,900.00 | 100.46 | $241,000 | $241,000 | $239,900 | 100.46 | 18 | 18 | 43 |
| 116 Fowler Ave | $515,000 | $515,000 | $549,000.00 | 93.81 | $515,000 | $515,000 | $549,000 | 93.81 | 17 | 17 | 135 |
| 67 Franklin Cir | $329,000 | $329,000 | $329,000.00 | 100.00 | $329,000 | $329,000 | $329,000 | 100.00 | 18 | 18 | 10 |
| 916 Van Gogh Ct | $250,000 | $250,000 | $259,000.00 | 96.53 | $250,000 | $250,000 | $259,000 | 96.53 | 59 | 59 | 16 |
| 2916 Yorkship Rd | $153,000 | $153,000 | $139,900.00 | 109.36 | $153,000 | $153,000 | $155,000 | 98.71 | 78 | 78 | 100 |
| Low | $144,101 | $0 | $144,101 | $500 93.81 | $144,101 | $144,101 | $144,000 | 93.81 | 10 | 10 | 10 |
| High | $515,000 | $0 | $515,000 | $549,000 28,820.20 | $515,000 | $515,000 | $549,000 | 100.46 | 78 | 10 | 135 |
| Median | $241,000 | $0 | $241,000 | $239,900 100.00 | $241,000 | $241,000 | $239,900 | 100.00 | 18 | 18 | 100 |
| Average | $255,300 | $0 | $255,300 | $238,900 4,202.91 | $255,300 | $255,300 | $261,557 | 98.51 | 34 | 34 | 78 |

**Report Totals** — Properties: 14

|  | List Price: | Orig. List Price: | % of: | Closed Price: | Concession: | Net Price: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $95,000 | $500 | 93.81 | $144,101 | | $144,101 | 6 | 6 | 10 |
| High | $549,000 | $549,000 | 28,820.20 | $515,000 | | $515,000 | 104 | 104 | 185 |
| Median | $162,450 | $162,450 | 100.00 | $241,000 | | $241,000 | 35 | 35 | 108 |
| Average | $200,985 | $194,085 | 4,202.91 | $255,300 | | $255,300 | 42 | 42 | 91 |

Copyright (c) 2025 BRIGHT
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size, schools, and other information is not guaranteed.

**Jechelle Cosme**
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

Tuesday, September 30, 2025

# Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| **Average Price:** | $197,900 | **Average Price/Sq Ft:** | $182 |
| **High Price:** | $515,000 | **High Price/Sq Ft:** | $455 |
| **Median Price:** | $162,500 | **Median Price/Sq Ft:** | $185 |
| **Low Price:** | $95,000 | **Low Price/Sq Ft:** | $0 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

**After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .**

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**



Jechelle Cosme
HomeSmart First Advantage Realty
Office Ph: (856) 363-3000
Cell: (856) 264-0711

Tuesday, September 30, 2025

## The Effect of Over Pricing

This chart highlights the importance of pricing correctly at market value.

This is the average percentage difference between the Selling and Asking Price by the length of time the home was on the market.



- Put your best foot forward immediately
- Establish a competitive asking price
- Keep your home in top showing condition
- Offer favorable financing terms

Tuesday, September 30, 2025

## Activity vs. Timing

This chart highlights the importance of pricing correctly at market value.



This chart illustrates the level of excitement and interest in a new listing over time. It also demonstrates the importance of pricing correctly. When a property is first listed, it generates a very high level of interest from prospective buyers, which reduces dramatically over time. It is important to be priced correctly from the beginning, during the peak of this curve.

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Jechelle Cosme**
HomeSmart First Advantage Realty

Tuesday, September 30, 2025

# The Benefits of Using a Professional REALTOR®

This page outlines the benefits of using a professional REALTOR® to sell your property.

You'll experience a wide variety of benefits when you hire a real estate professional. Successfully selling a property is a complicated exercise, and REALTORS® have the experience, resources and contacts to complete your sale quickly and smoothly.

**Pricing**
A REALTOR® will help you determine the selling price of your property at a level that accurately reflects its value in current market conditions and will not cost you missed opportunities.

**Marketing**
A REALTOR® will have many useful suggestions on ways to improve the marketability of your property, including cosmetic repairs and other items that will create a favorable impression among buyers.

Your property will enjoy a wider exposure among buyers when you use a REALTOR®. In addition to using flyers and organizing open house days, a REALTOR®'s extensive contact list of former clients, newly qualified buyers and other industry professionals can significantly reduce the time your property is on the market.

A REALTOR® will also allow you to tap into a highly productive and extensive industry network, such as a Multiple Listing Service or other industry marketing system.

Advertising your property efficiently is another area where a REALTOR® can play an important role. A REALTOR®'s experience in deciding on the most appropriate type and frequency of advertising for your property can be invaluable. For example, placing too many ads can create the impression that there may be something wrong with the property or that the seller is desperate.

**Security**
Security is a major consideration when showing your home. By using a REALTOR®, you can rest assured that all showings will be pre-screened and supervised.

**Negotiating**
When negotiating a purchase, most buyers prefer to deal with a middleperson who is objective, unemotional and professional. Buyers will often feel more comfortable with a REALTOR® than with the owner when they want to raise issues that need resolving before making an offer.

**Monitoring, Renegotiating, Closing or Settling**
A REALTOR® will guide you through the minefield of potential problems associated with the appraisal, inspection and financing process, including the often complicated escrow instructions. In addition, your agent can meet and instruct any specialists or tradespeople who may be required for repairs

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Jechelle Cosme**
HomeSmart First Advantage Realty



Tuesday, September 30, 2025

## The Importance of Pricing

This chart highlights the importance of pricing correctly at market value.



This graph illustrates the importance of pricing correctly. The centerline represents market value. As you move above this market value, you attract much smaller percentage of prospective buyers, greatly reducing your chances of a sale. Conversely, as you move below market value, you attract a much larger percentage of potential buyers.

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Jechelle Cosme**

HomeSmart First Advantage Realty

Tuesday, September 30, 2025

## CMA Map

This page displays the Map for the CMA Subject and your comparables.



24 S Rowand Ave

| | |
|---|---|
| 1 | 207 Cumberland St |
| 2 | 911 George St |
| 3 | 1605 Louis St |
| 4 | 1535 Norris St |
| 5 | 1861 S 4th St |
| 6 | 5224 Marlton #33 |
| 7 | 5224 Marlton Pike #63 |
| 8 | 213 N Willow St |
| 9 | 134 First Ave |
| 10 | 425 Sonora Ln |
| 11 | 116 Fowler Ave |
| 12 | 67 Franklin Cir |
| 13 | 916 Van Gogh Ct |
| 14 | 2916 Yorkship Rd |

©2025 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Jechelle Cosme**
HomeSmart First Advantage Realty