



### Zestimate®
**$264,500**
24 S Rowand Ave, Runnemede, NJ 08078

Est. refi payment: $1,927/mo — Refinance your loan

| 2 beds | 1 baths | 954 sqft |

| Detached | Built in 1920 | 0.41 Acres Lot |
| $264,500 Zestimate® | $277/sqft | $1,977 Estimated rent |

## Home value



