## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13992-djb |
|     Christopher Martinez, | Chapter 7 |
|                   Debtor. | |

**Certificate of Service**

     I, Michael I. Assad, certify that on December 10, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Verified Motion to Convert Case to Chapter 13

     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 10, 2025                                        /s/ Michael I. Assad
                                                                                    Michael I. Assad
                                                                                    Sadek Law Offices, LLC
                                                                                    1500 JFK Boulevard, Suite 220
                                                                                    Philadelphia, PA 19102
                                                                                   215-545-0008
                                                                                   michael@sadeklaw.com